**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01468-WJM

ISABEL GARCIA LOZANO,

     Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director United States Immigration and Customs Enforcement,
GEORGE VALDEZ, in his official capacity as ICE Field Officer Director, and
JUAN BALTAZAR in his official capacity as the Warden for the Denver Contract Detention Facility,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Petition for Writ of Habeas Corpus [ECF 10] entered by United States District Judge William J. Martinez on April 22, 2026, it is

ORDERED that the Court's [ECF 5] Order to Show Cause is MADE ABSOLUTE and Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED. It is further

ORDERED that Petitioner shall have her costs in compliance with Local Rule 54.1. It is further

ORDERED that should the Petitioner believe she has a good faith basis to seek attorney fees pursuant to the Equal Access to Justice Act, he is GRANTED leave to file

a motion seeking same.

This case will be closed.

DATED at Denver, Colorado, this 7th day of May, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By: _____
H. Guerra, Deputy Clerk